Michael N. Poli, #005461
Poli@poliball.com
Jody L. Buzicky, #010321
Buzicky@poliball.com
POLI & BALL, P.L.C.
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 380-8095

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HASSAN REZAIE, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, <br><br> Defendant. | CASE NO. 2:10-cv-01460 <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Hassan Rezaie and Defendant Bank of America hereby stipulate and agree to dismiss this action with prejudice as to and with each party to bear their own costs and attorneys' fees.

DATED this 20th day of October, 2010.

POLI & BALL, P.L.C.  HOFLAND BEASLEY & ASSOC.

By: /s/ Jody L. Buzicky  By: /s/ Matthew Beasley
Jody L. Buzicky  Matthew Beasley, 1st Floor
601 South Seventh Street, 2nd Floor  228 South Fourth Street
Las Vegas, Nevada 89101  Las Vegas, NV 89101
Attorneys for Defendant Bank of America  Attorneys for Plaintiff

FILED via CM/ECF on this 20th day of October, 2010, with

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## ORDER

**IT IS SO ORDERED** dismissing this lawsuit with prejudice with each party to bear their own costs and attorneys' fees.

DATED: October 21, 2010

_____
UNITED STATES DISTRICT JUDGE